

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37ᵗʰ Floor*
*New York, New York 10287*

APPLICATION GRANTED
SO ORDERED 
VERNON S. BRODERICK
U.S.D.J.  6/23/2025

The arraignment and initial pretrial conference is scheduled for July 14, 2025 at 11 AM.  Accordingly, it is further ordered that the time between June 23, 2025 and July 14, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.  I find that the exclusion of time to permit Defendant's continued treatment is in the interest of justice and outweighs the interest of the Defendant and the public in a speedy trial.

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Mihail Vastardis*, 25 Cr. 261 (VSB)

Dear Judge Broderick:

The Government writes to respectfully request that the time between today and the initial pretrial conference be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The defendant was indicted on June 5, 2053, *see* ECF No. 14, and has not yet been arraigned because he is currently participating in an in-patient drug treatment program at the direction of the Pretrial Services Office.  While it is the Government's position that the Speedy Trial clock does not begin to run until the date the defendant is arraigned, out of an abundance of caution, the Government seeks the proposed exclusion between today and the date of the initial pretrial conference.  The parties request that the arraignment and initial pretrial conference be scheduled in approximately three weeks.

The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to prepare and produce discovery, the defendant time to review such discovery, and the parties an opportunity to discuss a possible pretrial resolution of this case.  Defense counsel has informed me that she consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Katherine Cheng / Meredith Foster
Assistant United States Attorneys
Tel: (212) 637-2492

cc:    Amy Gallicchio, Esq. (by ECF)